**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LAURIANN BRADFORD,

      Plaintiff,

v.

PATENAUDE & FELIX, A.P.C., et al.,

      Defendants.

2:12-CV-42 JCM (GWF)

**ORDER**

Presently before the court is plaintiff Lauriann Bradford's motion seeking a two-week extension in which to file an opposition to defendant's motion to dismiss. Doc. #10. Defendant has not filed a response. Plaintiff has represented to the court that the request for an extension is not opposed by the defendant. Ex. 1, ¶ 9.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion seeking a two-week extension (doc. #10) be, and the same hereby is, GRANTED.

IT IS THEREFORE ORDERED that plaintiff shall have up to, and including, June 7, 2012, in which to her their opposition or otherwise respond to the motion to dismiss.

DATED May 31, 2012.

_____
UNITED STATES DISTRICT JUDGE