UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAURIANN BRADFORD,<br><br>  Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, A.P.C., et al.,<br><br>  Defendants. | 2:12-CV-42 JCM (GWF) |

**ORDER**

Presently before the court is defendant Patenaude & Felix, APC's motion to dismiss plaintiff's complaint. (Doc. #8). Subsequent to the filing of the motion to dismiss, plaintiff amended her complaint as of right. *See* Doc. #11; Fed. R. Civ. P. 15(a)(10(B). Accordingly, the motion to dismiss has been mooted by the superseding complaint.

Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to dismiss (doc. #8) be, and the same hereby is, DENIED as moot.

DATED June 5, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**